# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146520(101)

LEON V. BONNER and MARILYN E.
BONNER,

      Plaintiffs/Counter-Defendants-
      Appellees,

v

CITY OF BRIGHTON,

      Defendant/Counter-Plaintiff-
      Appellant.

_____/

SC: 146520
COA: 302677
Livingston CC: 09-024680-CZ

On order of the Chief Justice, the motion of the Michigan Association of Realtors for leave to file an amicus curiae brief in support of the position of plaintiffs/counter-defendants-appellees is GRANTED. The amicus brief submitted on November 13, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 20, 2013



Clerk